# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LAMAR PASSMORE, | : | Case No. 1:19-cv-200 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| THE PENTAGON, | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 62) AND DENYING MOTIONS TO COMPEL (Docs. 22, 38) AND MOTIONS FOR SUMMARY JUDGMENT (Docs. 7, 10) AS MOOT

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 62), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court **GRANTS** Defendant's Motion to Dismiss (Doc. 19) and **DENIES** Plaintiff's Motions to Compel (Docs. 22, 38) and Motions for Summary Judgment (Docs. 7, 10) as **MOOT**.

**IT IS SO ORDERED.**

By: /s/ Matthew W. McFarland
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE